

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-21-00361-CV

**CITY OF GREY FOREST,**
Appellant

v.

Edwin **SCHARF** and Irene Scharf,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23245
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellees have filed a motion for an extension of time to file their brief. We **grant** the motion and **order** Appellees to file their brief by **February 16, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court